UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS CARINO,

    Plaintiff,

    v.                                   # 05-1817 (RWR)

UNITED STATES OF AMERICA,
ET-AL,

    Defendant

PLAINTIFF CARINO'S MOTION FOR SUMMARY
JUDGMENT AS A MATTER OF LAW

NOW COMES Plaintiff Thomas Carino who hereby moves this Court for an order granting him summary judgment in the above-captioned action as the defendant has failed to file an answer to the complaint as required by federal rules of civil procedure.

February 6, 2006                    Respectfully yours,

                                                      Thomas Carino, Pro-se
                                                      Reg. # 02650-036
**RECEIVED**                    Fed. Med. Cntr Box 1600
                                                    Butner NC 27509
APR 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
      U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS CARINO,

    Plaintiff,

    v.                                   # 05-1817 (RWR)

UNITED STATES OF AMERICA,
ET-AL,

    Defendant.

### DECLARATION OF THOMAS CARINO

I, Thomas Carino, hereby declare under the penalty of perjury as follows:

1. I am the plaintiff in the above-captioned action.

2. I submit this declaration in support of my motion for an order granting my motion for summary judgment against the defendant as the defendant has failed to file an answer to the complaint as required by federal rules of civil procedure.

3. Attached to this declaration are the postal return receipt which clearly show the dates when the government received the complaint, signing for such on October 17 and 19, 2005.

Wherefore, I submit under penalty of perjury that the foregoing is true and correct.

February 6, 2006                          Respectfully yours,

                                                                    *Thomas Carino*
                                                                    Thomas Carino, Pro-se
                                                                    Reg. # 02650-036

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney General
D.O.J.
950 Pennsylvania Ave NW
Washington DC.
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 19 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 2164 6645

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorney
501 3rd Street N.W.
Washington DC.
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 19 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 2164 6652

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington D.C.
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 19 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 2164 6669

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

CERTIFICATE OF SERVICE

I, Thomas Carino, hereby declare under penalty of perjury that a copy of the enclosed motion and declaration with exhibit was mailed to the below named persons:

> US Attorney General
> DOJ
> 950 Pennsylvania Ave, N.W.
> Washington, D.C. 20530
>
> U.S. Attorney
> 501 3rd Street N.W.,
> Washington, D.C. 20530
>
> U.S. Dep't of Justice
> 950 Pennsylvania Ave, N.W.,
> Washington, D.C. 20530

On this 3rd day of April, 2006.

> Respectfully submitted,
>
> *Thomas Carino*
> Thomas Carino, pro-se
> #
> Fed Med. Center
> Box 1600
> Butner, N.C.