UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS CARINO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1817 RWR |

### DECLARATION OF BRENDA JONES

I, Brenda Jones, do hereby depose and state that:

1. I am a Civil Litigation Assistant in the Civil Division of the United States Attorney's Office for the District of Columbia ("U.S. Attorney's Office"). I have held this position since October 25, 1998.

2. I am authorized to receive service of process in civil cases. The office's procedure for recording receipt of process is for the civil process clerk to stamp the summons with a date stamp upon receipt and to record the name of the case and the civil action number in the Civil Division's "Summons and Complaint Service Book."

3. I understand that Plaintiff filed the complaint in this case on September 13, 2005. I have reviewed the Summons and Complaint Book from that date through the present to ascertain whether the summons and complaint have been served on this office. There is no entry in Summons and Complaint

1

Book reflecting service on this office at any time from September 17, 2005, through the present.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2006.

                                                                                                _\_\_\_S/S_____  
                                                                                                BRENDA JONES