UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS A. CARINO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1817 (RWR) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

ORDER

Upon consideration of plaintiff's motion for summary judgment, defendant's motion to dismiss or transfer, the oppositions and replies, thereto, and after a review of the entire record in this case, it is this _____ day of _____, 2006,

ORDERED, that plaintiff's motion is denied, and it is

FURTHER ORDERED, that defendant's motion is granted. This case is transferred to the U.S. District Court for the _____.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE

Copies to:

Thomas A. Carino
Reg. No. 02650-036
Federal Medical Center
Box 1600 Unit 3B
Butner, NC 27509

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, DC 20530