UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS A. CARINO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA *et al*. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1817 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

Pending before the Court is defendants' motion to dismiss or to transfer. Because defendants' motion could potentially dispose of this case, the Court will advise the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988).

The plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within … such … time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

Local Civil Rule 7(b).

Additionally, the plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which provides:

> Whenever a party has the right to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party by mail, 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

The Court may treat as conceded any motion not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined above. Thus, failure to respond to the defendant's motion in this case carries with it the risk that the case will be dismissed. It is hereby

ORDERED that the plaintiff shall file his response to the defendants' motion to dismiss or to transfer no later than **June 16, 2006**. If the plaintiff does not respond by that date, the Court will treat the motion as conceded and may either dismiss or transfer the case to one of the two judicial districts defendants have proposed. It is further

ORDERED that the plaintiff's motion for summary judgment, construed as one for default judgment [Doc. No. 2], is DENIED, inasmuch as the defendants have shown in their opposition that service of process upon the United States was not properly effected pursuant to Fed. R. Civ. P. 4(i)(1)(A) by delivering or sending by registered or certified mail a copy of the summons and complaint to the United States Attorney for the District of Columbia.

                                                            _____/s/_____
                                                            RICHARD W. ROBERTS
DATE: May 16, 2006                          United States District Judge