

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THOMAS CARINO,  :

    Plaintiff,  :

                            Civ. Action # 05-1817 (RWR)

v.  :

UNITED STATES,

    Respondent.  :

_____/

## MOTION

NOW COMES Plaintiff Thomas Carino who hereby moves this Court to permit this action to continue to be litigated in the District of Columbia, or, in the alternative, to transfer the case to the U.S. District Court for the District of the Middle District of Pennsylvania, or the U.S. District Court for the Eastern District of North Carolina. And for any other relief this Court may deem to be necessary in order to promote the interest of justice.

May 16, 2006

Respectfully yours,

*Thomas Carino*
Thomas Carino, pro-se
# 02650-036
Federal Medical Center
Box 1600
Butner, North Carolina

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS CARINO,           )
    Plaintiff,        )
                         )
v.                       )    Civil Action # 05-1817 (RWR)
                         )
UNITED STATES,           )
    Respondent.       )
_____/

### DECLARATION OF THOMAS CARINO

I, Thomas Carion, hereby declare under penalty of perjury as follows:

1. I am the plaintiff in the above-captioned action.

2. I submit this declaration in support of my motion to permit this action to continue to be litigated in the District of Columbia, or, in the alternative, to transfer the case to the U.S. District Court for the Middle District of Pennsylvania or the U.S. District Court for the Eastern District of North Carolina.

3. I am currently imprisoned in North Carolina at the Federal Prisons Medical Center in Butner for medical purposes.

4. I was previously incarcerated in Pennsylvania at USP Allenwood in White Deer, Pennsylvania where the tort claim occurred.

5. It is my understanding that a civil complaint could be filed in the place where the tort occurred, in the place where I reside, or in the place where the defendant has his principle place of business.

6. Based on the understanding set forth in paragraph 5, I filed the tort in the District of Columbia as the Defendant United States principle place of business is located therein.

7. It is my understanding if this Court finds that its district is not the proper district for litigation, divesting it of jurisdiction, this Court still has the power to transfer the case to the appropriate district in the interest of justice. (See 28 U.S.C. §§ 1406(a)).

8. As for the sufficiency of the process of service on the defendant, postal records submitted to the Court demonstate thedefendant was served with the summons and complaint as mandated by federal rules.

I declare under penalty of perjury that the foregoing is true and correct.

May 16, 2006

Butner, North Carolina

Respectfully submitted,

*Thomas Carino*
Thomas Carino

2

## CERTIFICATE OF SERVICE

I, Thomas carino, hereby declare under penalty of perjury that a copy of the enclosed motion and supportive declaration was sent, by first class mail, to

>  Claire Whitaker
>  AUSA   Room E-4204
>  555 4th Street, N.W.,
>  Washington, D.C. 20530

on this 23 day of May, 2006.

> Respectfully yours,
>
> *Thomas Carino*
> Thomas Carino, pro-se