UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS A. CARINO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1817 (RWR) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO CONTINE**

On April 21, 2006, defendant United States of America filed a motion to dismiss or transfer this case to either the U.S. District Court for the Middle District of Pennsylvania (where the tort allegedly occurred) or the U.S. District Court for the Eastern District of North Carolina (where plaintiff presently resides). R. 4. By order dated May 17, 2006, this Court, *inter alia*, advised plaintiff to respond to defendant's motion by June 16, 2006. R. 5.

On May 30, 2006, plaintiff's Motion to Continue ("Motion") was filed. See R. 6. Plaintiff's Motion addresses defendant's alternate argument, *i.e.*, to transfer. He does not object to a transfer to either districts. As plaintiff raises no new arguments in his Motion, but simply accedes to a transfer of his tort action to either of the recommended districts, defendant presents to new arguments in response. Instead, defendant respectfully refers this Court to its memorandum in support of its motion to dismiss or transfer. R. 4.

        Respectfully yours,

        /s/
        KENNETH L. WAINSTEIN , D.C. Bar # 451058
        United States Attorney

                                        /s/
                                 RUDOLPH CONTRERAS, D.C. Bar # 434122
                                 Assistant United States Attorney

                                        /s/
                                 CLAIRE WHITAKER, D.C. Bar # 354530
                                 Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2006, that a copy of the response was served by First-Class mail; postage prepaid to:

>Thomas A. Carino
>Reg. No. 02650-036
>Federal Medical Center
>Box 1600 Unit 3B
>Butner, NC 27509

>_____/s/_____
>CLAIRE WHITAKER
>Assistant United States Attorney
>555 Fourth Street, N.W.
>Civil Division
>Washington, D.C.  20530
>(202)514-7137