UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
THOMAS A. CARINO,                   )
                                    )
    Plaintiff,                      )
                                    )   Civil Action No. 05-1817  (RWR)
    v.                              )
                                    )
UNITED STATES OF AMERICA,           )
                                    )
    Defendant.                      )
_____ )

ORDER

Upon consideration of defendant's motion to dismiss or transfer, plaintiff's motion to continue, the oppositions and replies, thereto, and after a review of the entire record in this case, it is this _____ day of _____, 2006,

ORDERED, that defendant's motion is granted.  This case is transferred to the U.S. District Court for the _____.  The Clerk is directed to transfer the file to that a court and close this case.

    SO ORDERED.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE

Copies to:

Thomas A. Carino
Reg. No. 02650-036
Federal Medical Center
Box 1600 Unit 3B
Butner, NC 27509

Claire Whitaker
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, DC 20530