UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS CARINO,

    Plaintiff,

                                          # 05-1817 (RWR)

v.

UNITED STATES,

    Defendant.

_____/

## CARINO'S SUPPLEMENTAL DECLARATION

NOW COMES Plaintiff Thomas Carino who hereby declares under penalty of perjury as follows:

1. I am the plaintiff in the above-captioned action.

2. I submit this supplemental declaration in support of my motion to transfer this action to an appropriate venue rather than dismiss it for lack of jurisidction. The motion should be grnated because the statute of limitations has ran its course.

3. In October 2004 the injury was caused by the defendatnt. On December 1, 2004, Carino filed his administrative remedy which was denied on April 19, 2005. On June 29, 2005, the instant complaint was filed in this Court. On September 7, 2005, the complaint was re-filed with the Court as corrections were made to the format of the complaint.

4.  The time in which to file a complaint has by far run its course being 6 months for the exhaustion of the administrative remedy under the Federal Torts Claim Act statute.

5.  As a result, I ask this Court to transfer the action to the appropriate venue for litigation.

WHEREFORE, I declare under penalty of perjury that the foregoing is true.

June 12, 2006                             Respectfully yours,

*Thomas Carino*
Thomas Carino, pro-se
\# 02659-036
Federal Medical Center
Box 1600
Butner, North Carolina

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS CARINO,

    Plaintiff,

                                       Civ. Action # 05-1817 (RWR)

v.

UNITED STATES,

    Defendant.
_____/

## MEMORANDUM OF LAW

NOW COMES PLAINTIFF Thomas Carino who hereby moves this Court to grant his motion to entertain the cause of action, or, in the alternative, to transfer the action to the U.S. District Court for the Middle District of Pennsylvania. The motion should be granted for the following reasons:

### FACTS

Carino relies upon the facts set forth in his initial declaration and supplemental declaration (both declarations are attached hereto).

### ARGUMENT

Carino contends that if this Court decides that the litigation cannot be entertained by its jurisdiction, then

the action should be transferred to the U.S. District Court for the Middle District of Pennsylvania as this jurisdiction is the place where the injury occurred.

Carino contends further that the statute of limitations has run its course and a dismissal of the complaint would create a gross injustice preventing his claim from ever being judically resolved.

In McDonald v. Doolittle, 885 F.Supp 233 (DC Kansas 1995), the Court held that venue was proper in Nebraska rather than Kansas and the action would be transferred ratther than dismissed because of a statute of limitation expiration.

The same holding should be reached in this Case and the case should be transferred to the appropriate venue in order to safegaurd Carino's right to litigate his cause of action.

CONCLUSION

WHEREFORE, Carino's motion should be granted for the foregoing reason and or any other relief this court may deem to ne necessary.

June 12, 2006                           Respectfully yours,

                                        Thomas Carino
                                        Thomas Carino, pro-se
                                        # 02659-036
                                        Federal Medical Center
                                        Box 1600
                                        Butner, North Carolina

2

## CERTIFICATE OF SERVICE

I, Thomas Carino, hereby declare under penalty of perjury that a copy of the enclosed legal papers was sent by first class mail to:

>Claire Whitaker
>Assistant U.S. Attorney
>555 4th Street, N.W.,
>Washington, D.C. 20530

on this 12th day of June, 2006.

*Thomas Carino*
Thomas Carino, pro-se
# 02659-036
Federal Medical Center
Box 1600
Butner, North Carolina

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS CARINO,                          :

    Plaintiff,                       :

                                Civ. Action # 05-1817 (RWR)

    v.                               :

UNITED STATES,

    Respondent.                      :

_____/


## MOTION

NOW COMES Plaintiff Thomas Carino who hereby moves this Court to permit this action to continue to be litigated in the District of Columbia, or, in the alternative, to transfer the case to the U.S. District Court for the District of the Middle District of Pennsylvania, or the U.S. District Court for the Eastern District of North Carolina. And for any other relief this Court may deem to be necessary in order to promote the interest of justice.

May 16, 2006                          Respectfully yours,

                                                    Thomas Carino
                                                  Thomas Carino, pro-se
                                                  # 02650-036
                                                  Federal Medical Center
                                                  Box 1600
                                                  Butner, North Carolina

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS CARINO,            )
    Plaintiff,         )
                       )     Civil Action # 05-1817 (RWR)
v.                        )
                       )
UNITED STATES,            )
    Respondent.        )
_____/

## DECLARATION OF THOMAS CARINO

I, Thomas Carion, hereby declare under penalty of perjury as follows:

1. I am the plaintiff in the above-captioned action.

2. I submit this declaration in support of my motion to permit this action to continue to be litigated in the District of Columbia, or, in the alternative, to transfer the case to the U.S. District Court for the Middle District of Pennsylvania or the U.S. District Court for the Eastern District of North Carolina.

3. I am currently imprisoned in North Carolina at the Federal Prisons Medical Center in Butner for medical purposes.

4. I was previously incarcerated in Pennsylvania at USP Allenwood in White Deer, Pennsylvania where the tort claim occurred.

5. It is my understanding that a civil complaint could be filed in the place where the tort occurred, in the place where I reside, or in the place where the defendant has his principle place of business.

6. Based on the understanding set forth in paragraph 5, I filed the tort in the District of Columbia as the Defendant United States principle place of business is located therein.

7. It is my understanding if this Court finds that its district is not the proper district for litigation, divesting it of jurisdiction, this Court still has the power to transfer the case to the appropriate district in the interest of justice. (See 28 U.S.C. §§ 1406(a)).

8. As for the sufficiency of the process of service on the defendant, postal records submitted to the Court demonstate thedefendant was served with the summons and complaint as mandated by federal rules.

I declare under penalty of perjury that the foregoing is true and correct.

May 16, 2006
Butner, North Carolina

Respectfully submitted,

*Thomas Carino*
Thomas Carino

2

## CERTIFICATE OF SERVICE

I, Thomas carino, hereby declare under penalty of perjury that a copy of the enclosed motion and supportive declaration was sent, by first class mail, to

>Claire Whitaker
>AUSA  Room E-4204
>555 4th Street, N.W.,
>Washington, D.C. 20530

on this 23 day of May, 2006.

Respectfully yours,

*Thomas Carino*
Thomas Carino, pro-se