UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS A. CARINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1817 (RWR) |
| ) | |
| UNITED STATES OF AMERICA *et al*. ) | |
| ) | |
| Defendants. ) | |

ORDER

In response to defendants' motion to dismiss or to transfer, plaintiff has consented to transferring the case. *See* Carino's Supplemental Declaration [Dkt. No. 8]. Accordingly, it is hereby

ORDERED that defendants' motion to transfer [Dkt. No. 4] is GRANTED as conceded; and it is further

ORDERED that this case is TRANSFERRED FORTHWITH to the United States District Court for the Middle District of Pennsylvania.

_____/s/_____
RICHARD W. ROBERTS
DATE: June 20, 2006            United States District Judge